UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**In re:**

**KIMBALL HILL, Inc.,** *et al.*

    **Debtors,**

_____/

**KHL LIQUIDATION TRUST,**

    **Plaintiff**

v.                                                                  Case No.: 8:16-mc-127-T-33AAS

**HUGH MACDONALD CONSTRUCTION, INC.,**

    **Defendant,**

**and**

**SUNTRUST BANK, N.A.,**

    **Garnishee.**

_____/

## ORDER

Pending before the Court is a Motion for Writ of Garnishment After Judgment (Doc. 2) filed on October 13, 2016. Judgment assignee, SMS Financial J, LLC requests that the Court direct the Clerk to issue a Writ of Garnishment. SMS Financial J, LLC contends that a Default Judgment was entered in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division on November 16, 2010, against Defendant Hugh MacDonald Construction, Inc. in the amount of $22,896.00 plus interest from March 19, 2010 at the rate of 5%. (Doc. 2, pp. 4-5).

Plaintiff filed a copy of a Certification of Judgment for Registration in Another District

(Doc. 1, p. 1) and an Order Granting Default Judgment Against Hugh MacDonald Construction, Inc. (Doc. 1, pp. 2-3). SMS Financial J, LLC suggests that SunTrust Bank, N.A. is indebted to or has tangible or intangible personal property of Hugh MacDonald Construction, Inc. in its hands, possession or control. Thus, SMS Financial J, LLC requests the Court issue a Writ of Garnishment.

Accordingly, it is **ORDERED:**

The Motion for Writ of Garnishment After Judgment (Doc. 2) is **GRANTED**, the Clerk shall issue the Writ of Garnishment (Doc. 2, Ex. C).

**DONE AND ORDERED** in Tampa, Florida on this 18th day of October, 2016.

AMANDA ARNOLD SANSONE
United States Magistrate Judge